UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 2006-CR-40024-1-JPG ) |
| KATIE R. HEATH, | ) ) |
| Defendant. | ) |

## ORDER OF RECUSAL

**GILBERT**, District Judge

This undersigned judge hereby RECUSES himself in the above matter, and TRANSFERS this case to the Clerk of the Court for reassignment.

Case reassigned to the Honorable G. Patrick Murphy, U. S. District Judge. All future pleadings shall bear case No. **2006-CR-40024-1-GPM**.

**IT IS SO ORDERED.**

Dated: October 31, 2007

                                                 s/J. Phil Gilbert
                                                 **U. S. District Judge**